## IN THE SUPREME COURT OF PENNSYLVANIA
### EASTERN DISTRICT

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 523 EAL 2017 |
| | : | |
| Respondent | : | |
| | : | Petition for Allowance of Appeal from |
| | : | the **Unpublished Memorandum and** |
| v. | : | **Order** of the Superior Court at No. |
| | : | 1373 EDA 2015 entered on October |
| | : | 27, 2017, **affirming** the Order of the |
| ROBERT MCCRAE, | : | Philadelphia County Court of Common |
| | : | Pleas at Nos. CP-51-CR-0009702- |
| Petitioner | : | 2014 and CP-51-CR-0009703-2014 |
| | : | entered on April 20, 2015 |

## <u>ORDER</u>

**PER CURIAM**

  **AND NOW**, this 17th day of May, 2019, the Petition for Allowance of Appeal is **GRANTED**, the order of the Superior Court is **VACATED,** and the case is **REMANDED** to the Court of Common Pleas for imposition of an order consistent with this Court's opinion in *Commonwealth v. Perfetto*, 7 EAP 2018.